# In the United States Court of Federal Claims

No. 05-1023 L
(Filed March 13, 2006 )

******************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
******************************

**ORDER**

On January 9, 2006, the Answer of the United States to Plaintiff's Verified Complaint was filed. Pursuant to RCFC Appendix A, III, 4, "parties shall file with the clerk a Joint Preliminary Status Report . . . ." The time set by the Rules for the Joint Preliminary Status Report ("JPSR") expired March 2, 2006, and no Report has been filed.

Accordingly, as this matter is now certified for electronic filing it is **ORDERED** that the time to so file the JPSR electronically is enlarged to and including April 10, 2006.

s/ James F. Merow
James F. Merow
Senior Judge