# In the United States Court of Federal Claims

No. 05-1023 L
(Filed April 6, 2006)

******************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant, *
*******************************

## **SCHEDULING ORDER**

Upon examination of the Joint Preliminary Status Report filed April 5, 2006, pursuant to RCFC 16(b) and ¶ 8 of Appendix A, it is **ORDERED** that the following schedule is established:

(1) Defendant shall file a motion under RCFC 12(c) on or before May 22, 2006;

(2) Plaintiff's response to defendant's RCFC 12(c) motion shall be filed on or before June 16, 2006;

(3) On or before June 30, 2006, defendant shall file its reply brief; and

(4) Further matters under RCFC 16(b) and ¶ 8, Appendix A shall be deferred pending a ruling on the forthcoming RCFC 12(c) motion.

s/ James F. Merow
James F. Merow
Senior Judge