IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROSEBUD SIOUX TRIBE,** a federally recognized Indian Tribe**,** | |
| **Plaintiff,** | **No. 05-1023L** |
| **v.** | **Judge James F. Merow** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, Defendant hereby moves, unopposed, for a 52 day enlargement of time, until and including July 14, 2006, in which to file its motion under RCFC 12(c). In support of this Motion, Defendant states the following:

1. In the late afternoon of May 17, 2006, counsel for Defendant, Ms. Caroline M. Blanco, conducted a routine check of the electronic docket report in this matter and first learned of the entry of the Scheduling Order filed by this Court on April 6, 2006 ("Scheduling Order"). The Scheduling Order provides that the United States is to file its motion under RCFC 12(c) on or before May 22, 2006.

2. Ms. Blanco subsequently checked her records and confirmed that she had not received an electronic notification by the Court of the entry of the Scheduling Order.

3. On May 18, 2006, Ms. Blanco contacted counsel for Plaintiff, Mr. Mark F. Marshall, to explain the situation and to obtain Plaintiff's position on Defendant's request for an extension of time up to and including July 14, 2006, in which to file the United States' motion under RCFC 12(c).

4. Mr. Marshall stated that he would not oppose the request for an extension of time

provided that a revised briefing schedule could be agreed upon. Ms. Blanco and Mr. Marshall then reached agreement on a revised briefing schedule as set forth below:

a. On or before July 14, 2006, the United States shall file its motion under RCFC 12(c).

b. On or before September 1, 2006, Plaintiff shall file its memorandum in response to the United States' motion under RCFC 12(c).

c. On or before September 15, 2006, the United States shall file its reply memorandum in support of its motion under RCFC 12(c).

5. On May 19, 2006, Ms. Blanco contacted the Office of the Clerk of the Court and learned that her e-mail address was incorrectly identified in the Court's computer system. Ms. Blanco then worked with the representative of the Office of the Clerk of the Court to resolve the problem, and Ms. Blanco now understands that her correct e-mail address has been entered into the Court's computer system.

6. The instant request for an enlargement of time in which to file Defendant's motion under RCFC 12(c) is the first such request.

//

//

//

//

//

//

//

//

//

WHEREFORE, for good cause shown, the United States requests that its Unopposed Motion for an Enlargement of Time be granted and that the following proposed revised briefing schedule be adopted: 1) the United States shall file its motion under RCFC 12(c) on or before July 14, 2006; 2) Plaintiff shall file its response memorandum to the United States' motion under RCFC 12(c) on or before September 1, 2006; and 3) the United States shall file its reply memorandum in support of its motion under RCFC 12(c) on or before September 15, 2006.

Dated: May 19, 2006

Respectfully submitted,

s/Caroline M. Blanco

CAROLINE M. BLANCO
D.C. Bar No. 430118
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0248
Fax: (202) 305-0267
E-mail: caroline.blanco@usdoj.gov

John Turner
Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
Telephone: (202) 514-9257
Fax: (202) 305-0271
E-mail: john.turner@usdoj.gov

OF COUNSEL:
Maria Wiseman
Attorney-Advisor
Branch of Trust Resources
Division of Indian Affairs
Office of the Solicitor, Mail Stop 6456
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
(202) 208-7227 Telephone
(202) 219-1791 Fax

Attorneys for Defendants