# In the United States Court of Federal Claims

No. 05-1023 L
(Filed May 19, 2006)

*****************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*****************************

**ORDER**

On May 19, 2006, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant moves for a 52-day enlargement of time, until and including July 14, 2006, in which to file its motion under RCFC 12(c).

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed May 19, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge