# In the United States Court of Federal Claims

No. 05-1023 L
(Filed May 19, 2006)

******************************

ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *

*******************************

**CORRECTED**
**ORDER**

On May 19, 2006, Defendant's Unopposed Motion for Enlargement of Time was filed.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed May 19, 2006, is **GRANTED** as follows:

1) Defendant's motion under RCFC 12(c) is due on or before July 14, 2006;

2) Plaintiff's response memorandum to the RCFC motion is due on or before September 1, 2006; and

3) Defendant's reply memorandum in support of its RCFC 12(c) motion is due on or before September 15, 2006.

s/ James F. Merow
James F. Merow
Senior Judge