**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROSEBUD SIOUX TRIBE,** a federally recognized Indian Tribe**,** | |
| **Plaintiff,** | |
| **v.** | **No. 05-1023L** |
| | **Judge James F. Merow** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, Defendant hereby moves, unopposed, for a one week enlargement of time, until and including July 21, 2006, in which to file its motion under RCFC 12(c). In support of this Motion, Defendant states the following:

1. Defendant's RCFC 12(c) motion involves a variety of complex arguments, some of which relate to other lawsuits involving the same lease at issue in this litigation. Thus, Defendant requires up to one additional week of time in which to complete preparation of its motion.

2. Counsel for Defendant has recently encountered several unanticipated work-related scheduling conflicts that have interfered with her ability to complete and file Defendant's RCFC 12(c) motion in accordance with the current schedule.

3. On July 14, 2006, Ms. Blanco contacted counsel for Plaintiff, Mr. Mark F. Marshall, to obtain Plaintiff's position on Defendant's request for an extension of time up to and including July 21, 2006, in which to file the United States' motion under RCFC 12(c).

4. Mr. Marshall stated that he would not oppose the request for an extension of time provided that Plaintiff's time for filing its response brief is also extended by one additional week.

Accordingly, Ms. Blanco and Mr. Marshall reached agreement on the following revised briefing schedule:

a. On or before July 21, 2006, the United States shall file its motion under RCFC 12(c).

b. On or before September 8, 2006, Plaintiff shall file its memorandum in response to the United States' motion under RCFC 12(c).

c. On or before September 22, 2006, the United States shall file its reply memorandum in support of its motion under RCFC 12(c).

6. The instant request for an enlargement of time in which to file Defendant's motion under RCFC 12(c) is the second such request.

WHEREFORE, for good cause shown, the United States requests that its Unopposed Motion for an Enlargement of Time be granted and that the United States shall have up to and including July 21, 2006, in which to file its motion under RCFC 12(c), Plaintiff shall have up to and including September 8, 2006, in which to file its memorandum in response to the United States' RCFC 12(c) motion, and the United States shall have up to and including September 22, 2006, in which to file its reply memorandum in support of its RCFC 12(c) motion.

Dated: July 14, 2006

Respectfully submitted,

s/Caroline M. Blanco

CAROLINE M. BLANCO
D.C. Bar No. 430118
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0248
Fax: (202) 305-0267
E-mail: caroline.blanco@usdoj.gov

John Turner
Assistant Chief
Indian Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
Telephone: (202) 514-9257
Fax: (202) 305-0271
E-mail: john.turner@usdoj.gov

OF COUNSEL:
Maria Wiseman
Attorney-Advisor
Branch of Trust Resources
Division of Indian Affairs
Office of the Solicitor, Mail Stop 6456
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
(202) 208-7227 Telephone
(202) 219-1791 Fax

Attorneys for Defendants