# In the United States Court of Federal Claims

No. 05-1023 L
(Filed July 17, 2006)

******************************

ROSEBUD SIOUX TRIBE, a federally recognized Indian Tribe, Plaintiff,

v.

THE UNITED STATES, Defendant,

******************************

**ORDER**

On July 14, 2006, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of the briefing schedule established in the Order filed May 19, 2006.

Accordingly, it is **ORDERED** that:

(1) The clerk's Notice, filed July 17, 2006, is **STRICKEN**;

(2) Defendant's motion filed July 14, 2006, is **GRANTED**;

(3) Defendant shall file its motion under RCFC 12(c) on or before July 21, 2006;

(3) Plaintiff's response to defendant's RCFC 12(c) motion shall be filed on or before September 8, 2006; and

(3) On or before September 22, 2006, defendant shall file its reply brief.

s/ James F. Merow
James F. Merow
Senior Judge