# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,** a federally recognized Indian Tribe, | ) | |
| **Plaintiff,** | ) | **No. 05-1023L** |
| v. | ) | Judge James F. Merow |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT

STATE OF SOUTH DAKOTA )
: SS
COUNTY OF MINNEHAHA )

Mark F. Marshall being first duly sworn upon his oath poses and states:

I. I am a lawyer duly admitted to practice and in good standing before the Supreme Court of the State of South Dakota, as well as the United States Court of Federal Claims.

II. I have personal knowledge of the facts stated in this affidavit and would be competent to so testify in a court of law.

III. Attached hereto as Exhibit A is a true and correct copy of a Complaint for Declaratory Relief in an action styled *Concerned Rosebud Area Citizens et al. v. Norton et al.*, venued in the United States District Court for the District of Columbia, Civil Number 05CV01275.

IV. Attached hereto as Exhibit B is a Memorandum Order in an action styled *Concerned Rosebud Area Citizens et al. v. Norton et al.*, venued in the United States District Court for the District of Columbia, Civil Number 05-1275.

V. Attached hereto as Exhibit C is a true and correct copy of the docket sheet for an

action venued in the United States District Court of the District of Columbia styled *Concerned Rosebud Area Citizens et al. v. Norton et al.*, Civil Number 05-01275.

VI. Attached hereto as Exhibit D is a true and correct copy of the docket sheet for an action venued in the United States District Court for the District of South Dakota, Central Division, styled *Concerned Rosebud Area Citizens, et al. v. Norton, et al.*, Civil Number 06-CV-03009-RHB.

VII. Attached hereto as Exhibit E is a true and correct copy of a letter dated January 27, 1999, from Kevin Gover, Assistant Secretary-Indian Affairs, to Norman G. Wilson, President-Rosebud Sioux Tribe.

VIII. Attached hereto as Exhibit F is a true and correct copy of a Judgment by Consent and Order in an action venued in the United States District Court for the District of South Dakota, Central Division, Civil Number 02-3030, styled *Sun Prairie, a Partnership, et al. v. Cason, et al.*

IX. Attached hereto as Exhibit G is a true and correct copy of a Memorandum Opinion Regarding Motions to Dismiss in an action styled *Sun Prairie, et al. v. Aurene Martin, et al.*, venued in the United States District Court for the District of South Dakota, Central Division.

X. Attached hereto as Exhibit H is a true and correct copy of a Complaint in an action styled *Sun Prairie, et al. v. McCaleb, et al.*, Civil Number 02-3030, venued in the United States District Court for the District of South Dakota, Central Division.

XI. Attached hereto as Exhibit I is a true and correct copy of Federal Defendant's Motion for Tenth Extension of time to Answer Complaint in an action venued in the United States District Court for the District of South Dakota, Central Division, styled *Sun Prairie, et al.*

*v. Anderson, et al.,* Civil Number 02-3030.

XII. Attached hereto as Exhibit J is a true and correct copy of an Order Granting Federal Defendant's Motion for Tenth Extension of Time to Answer Complaint in an action venued in the United States District Court for the District of South Dakota, Central Division, Civil Number 02-3030, styled *Sun Prairie, et al. v. Anderson, et al.*

XIII. Attached hereto as Exhibit K is a true and correct copy of an e-mail from Mark Marshall to John Turner dated April 6, 2005.

XIV. Further your affiant sayeth not.

Dated at Sioux Falls, South Dakota, this 8 day of September, 2006.

Mark F. Marshall

Mark F. Marshall

Subscribed and sworn to before me this 8th day of September, 2006.

Melinda J. Fakens

Notary Public, South Dakota
My commission expires: 3/2/2012