# EXHIBIT C

CLOSED, TRANSFERRED, TYPE-C

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-01275-JR**

CONCERNED ROSEBUD AREA CITIZENS et al v. NORTON et al
Assigned to: Judge James Robertson
Cause: 42:4321 Review of Agency Action-Environment

Date Filed: 06/24/2005
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**CONCERNED ROSEBUD AREA CITIZENS**

represented by **James B. Dougherty**
LAW OFFICE OF J.B. DOUGHERTY
709 Third Street, SW
Washington, DC 20024
(202) 488-1140
Fax: (202) 484-1789
Email: jdoughertydc@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PRAIRIE HILLS AUDUBON SOCIETY OF WESTERN SOUTH DAKOTA**

represented by **James B. Dougherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SOUTH DAKOTA PEACE AND JUSTICE CENTER**

represented by **James B. Dougherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HUMANE FARMING ASSOCIATION**

represented by **James B. Dougherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GALE NORTON**
*Secretary of the Interior*

represented by **John H. Turner**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 44378
Washington, DC 20026
(202) 514-9257
Email: john.turner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAMES CASON**
*Acting Assistant Secretary-Indian Affairs*

represented by **John H. Turner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2005 | 1 | COMPLAINT against GALE NORTON, JAMES CASON (Filing fee $ 250) filed by HUMANE FARMING ASSOCIATION, CONCERNED ROSEBUD AREA CITIZENS, PRAIRIE HILLS AUDUBON SOCIETY OF WESTERN SOUTH DAKOTA, SOUTH DAKOTA PEACE AND JUSTICE CENTER. (Attachments: # 1 Exhibit)(lc, ) (Entered: 06/27/2005) |
| 06/24/2005 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by HUMANE FARMING ASSOCIATION, CONCERNED ROSEBUD AREA CITIZENS, PRAIRIE HILLS AUDUBON SOCIETY OF WESTERN SOUTH DAKOTA, SOUTH DAKOTA PEACE AND JUSTICE CENTER (lc, ) (Entered: 06/27/2005) |
| 06/24/2005 | 3 | NOTICE OF RELATED CASE by HUMANE FARMING ASSOCIATION, CONCERNED ROSEBUD AREA CITIZENS, PRAIRIE HILLS AUDUBON SOCIETY OF WESTERN SOUTH DAKOTA, SOUTH DAKOTA PEACE AND JUSTICE CENTER. Case related to Case No. 98-2851. (lc, ) (Entered: 06/27/2005) |
| 06/24/2005 | | SUMMONS (4) Issued as to GALE NORTON, JAMES CASON, U.S. Attorney and U.S. Attorney General (lc, ) (Entered: 06/27/2005) |
| 08/19/2005 | 4 | ENTERED IN ERROR.....MOTION to Dismiss *or, Alternatively, to Transfer Venue* by GALE NORTON, JAMES CASON. (Attachments: # 1)(Turner, John) Modified on 8/19/2005 (lc, ). (Entered: 08/19/2005) |
| 08/19/2005 | 5 | MOTION to Dismiss *or, Alternatively, to Transfer Venue*, MOTION to Transfer Case by GALE NORTON, JAMES CASON. (Attachments: # 1)(Turner, John) (Entered: 08/19/2005) |
| 08/19/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: re 4 MOTION to Dismiss *or, Alternatively, to Transfer Venue* was entered in error and |

| | | |
|---|---|---|
| | | counsel was instructed to refile said pleading (see docket entry #5). (lc, ) (Entered: 08/19/2005) |
| 09/01/2005 | 6 | Consent MOTION for Extension of Time to File Response/Reply *to Government Motion to Dismiss or Transfer* by HUMANE FARMING ASSOCIATION, CONCERNED ROSEBUD AREA CITIZENS, PRAIRIE HILLS AUDUBON SOCIETY OF WESTERN SOUTH DAKOTA, SOUTH DAKOTA PEACE AND JUSTICE CENTER. (Attachments: # 1 Text of Proposed Order)(Dougherty, James) (Entered: 09/01/2005) |
| 09/06/2005 | | MINUTE ORDER granting 6 Motion for Extension of Time to File Response. Signed by Judge James Robertson on 9/6/2005. (alr, ) (Entered: 09/07/2005) |
| 09/16/2005 | 7 | Consent MOTION for Extension of Time to File Response/Reply as to 5 MOTION to Dismiss *or, Alternatively, to Transfer Venue* MOTION to Transfer Case by HUMANE FARMING ASSOCIATION, CONCERNED ROSEBUD AREA CITIZENS, PRAIRIE HILLS AUDUBON SOCIETY OF WESTERN SOUTH DAKOTA, SOUTH DAKOTA PEACE AND JUSTICE CENTER. (Attachments: # 1 Text of Proposed Order)(Dougherty, James) (Entered: 09/16/2005) |
| 09/20/2005 | | MINUTE ORDER granting 7 Motion for Extension of Time to File response/reply to 5 motion to dismiss or, alternatively to transfer venue. Signed by Judge James Robertson on 9/19/2005. (alr, ) (Entered: 09/20/2005) |
| 10/03/2005 | 8 | Consent MOTION for Extension of Time to File Response/Reply as to 5 MOTION to Dismiss *or, Alternatively, to Transfer Venue* MOTION to Transfer Case by HUMANE FARMING ASSOCIATION, CONCERNED ROSEBUD AREA CITIZENS, PRAIRIE HILLS AUDUBON SOCIETY OF WESTERN SOUTH DAKOTA, SOUTH DAKOTA PEACE AND JUSTICE CENTER. (Attachments: # 1 Text of Proposed Order)(Dougherty, James) (Entered: 10/03/2005) |
| 10/11/2005 | | MINUTE ORDER granting 8 Consent MOTION for Extension of Time to File Response/Reply as to 5 MOTION to Dismiss or, Alternatively, to Transfer Venue MOTION to Transfer Case . Signed by Judge James Robertson on 10/6/2005. (alr, ) (Entered: 10/11/2005) |
| 10/14/2005 | 9 | Memorandum in opposition to motion re 5 *Transfer of Venue* filed by HUMANE FARMING ASSOCIATION, CONCERNED ROSEBUD AREA CITIZENS, PRAIRIE HILLS AUDUBON SOCIETY OF WESTERN SOUTH DAKOTA, SOUTH DAKOTA PEACE AND JUSTICE CENTER. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit)(Dougherty, James) (Entered: 10/14/2005) |

| | | |
|---|---|---|
| 10/17/2005 | 10 | Unopposed MOTION for Extension of Time to File Response/Reply as to 9 Memorandum in Opposition, by GALE NORTON, JAMES CASON. (Attachments: # 1 Text of Proposed Order)(Turner, John) (Entered: 10/17/2005) |
| 10/21/2005 | | MINUTE ORDER granting 10 Motion for Extension of Time to File Response/Reply re 10 Unopposed MOTION for Extension of Time to File Response/Reply as to 9 Memorandum in Opposition, . Signed by Judge James Robertson on 10/21/2005. (alr, ) Modified on 10/22/2005 (alr, ). (Entered: 10/22/2005) |
| 10/28/2005 | 11 | REPLY to opposition to motion re 5 *Motion to Dismiss or Transfer Venue* filed by GALE NORTON, JAMES CASON. (Attachments: # 1 Order in Sun Prairie 5 June 2003)(Turner, John) (Entered: 10/28/2005) |
| 03/30/2006 | 12 | ORDER granting defendants' motion to transfer case 5. The Clerk is directed to transfer this case to the United States District Court for the District of South Dakota. Signed by Judge James Robertson on March 30, 2006. (MT) (Entered: 03/30/2006) |
| 05/04/2006 | | Case transferrred out: CERTIFIED COPY of docket sheet, paper documents and transfer Order sent by certified mail to the USDC for the District of South Dakota pursuant to Court's order filed on March 30, 2006. (lc, ) (Entered: 05/04/2006) |
| 05/11/2006 | | Receipt on 5/9/2006 of Transfer Papers. Other Court Number 06-3009 sent by USDC-SD. (lc, ) (Entered: 05/15/2006) |

## PACER Service Center

### Transaction Receipt

08/27/2006 11:16:06

| | | | |
|---|---|---|---|
| **PACER Login:** | de0026 | **Client Code:** | RST 2 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01275-JR |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |