# EXHIBIT D

# U.S. District Court
## District of South Dakota (Central Division)
## CIVIL DOCKET FOR CASE #: 3:06-cv-03009-RHB

Concerned Rosebud Area Citizens et al v. Norton et al
Assigned to: Senior Judge Richard H. Battey
Case in other court: District of Columbia, 05-01275
Cause: 42:4321 Review of Agency Action-Environment

Date Filed: 05/09/2006
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Concerned Rosebud Area Citizens** — represented by **James B. Dougherty**
709 Third St. S.W.
Washington, DC 20024
(202) 488-1140
Fax: 484-1789
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Prairie Hills Audubon Society of Western South Dakota** — represented by **James B. Dougherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**South Dakota Peace and Justice Center** — represented by **James B. Dougherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Humane Farming Association** — represented by **James B. Dougherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gale Norton**
*Secretary of the Interior*

**Defendant**

**James Cason**
*Acting Assistant Secretary - Indian Affairs*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2006 | 1 | COMPLAINT FOR DECLARATORY RELIEF - Case transferred in from District of Columbia; Case Number CV05-1275. Original file certified copy of transfer order and docket sheet received., filed by Concerned Rosebud Area Citizens, Prairie Hills Audubon Society of Western South Dakota, South Dakota Peace and Justice Center, Humane Farming Association. (Attachments: # 1 Exhibit A# 2 Exhibit B)(JAB) Modified on 5/9/2006 (JAB) (Entered: 05/09/2006) |
| 05/09/2006 | 2 | CERTIFICATE RULE LCvR 7.1 by Concerned Rosebud Area Citizens, Prairie Hills Audubon Society of Western South Dakota, South Dakota Peace and Justice Center, Humane Farming Association. (JAB) (Entered: 05/09/2006) |
| 05/09/2006 | 3 | NOTICE of Designation by Concerned Rosebud Area Citizens, Prairie Hills Audubon Society of Western South Dakota, South Dakota Peace and Justice Center, Humane Farming Association (JAB) (Entered: 05/09/2006) |
| 05/09/2006 | 4 | Docket Sheet from District of Columbia (JAB) (Entered: 05/09/2006) |
| 05/09/2006 | 5 | COPY of MEMORANDUM ORDER re transfer of case Signed by Judge James Robertson on 3/30/06. (JAB) (Entered: 05/09/2006) |
| 05/16/2006 | 6 | MEMORANDUM LETTER to Judge Richard H. Battey re: previous releated case. Signed by Judge Charles B. Kornmann on May 15, 2006. (DLC) (Entered: 05/16/2006) |
| 05/26/2006 | 7 | ORDER OF TRANSFER. Case reassigned to Judge Richard H. Battey for all further proceedings. Judge Charles B. Kornmann no longer assigned to case Signed by Judge Charles B. Kornmann on 5/26/06. (JAB) (Entered: 05/30/2006) |

## PACER Service Center

### Transaction Receipt

08/27/2006 10:14:08

| | | | |
|---|---|---|---|
| **PACER Login:** | de0026 | **Client Code:** | RST 2 |

Case 1:05-cv-01023-JFM Document 18-5 Filed 09/08/2006 Page 4 of 4

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 3:06-cv-03009-RHB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |