# EXHIBIT I

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| SUN PRAIRIE, a partnership, and BELL FARMS, LLP, a Nebraska limited liability partnership<br><br>Plaintiffs,<br><br>v.<br><br>DAVID ANDERSON<br>Assistant Secretary – Indian Affairs, U.S Department of the Interior, in his official capacity; and<br>ROSEBUD SIOUX TRIBE, a federally recognized Indian Tribe,<br><br>Defendants. | Civil File No.: CIV02-3030<br><br>FEDERAL DEFENDANT'S MOTION FOR TENTH EXTENSION OF TIME TO ANSWER COMPLAINT |

Federal Defendant, David Anderson, Assistant Secretary – Indian Affairs, United States Department of Interior, in his official capacity, respectfully moves for a tenth extension of four days from August 9, 2004, until August 13, 2004, within which to file an Answer to the Complaint.

In support of this motion, the Federal Defendant states that:

1. As reported in previous extension motion, the Federal Defendant's lead counsel, R. Anthony Rogers received word that his mother was seriously ill. He obtained emergency family medical leave and traveled to be at her bedside.

2. The mother of R. Anthony Rogers has since died and it is necessary for R. Anthony Rogers to attend to funeral arrangements. He is not expected to be back in the office before August 9, 2004. Upon his return it is anticipated that he will need a few days to prepare and file the Answer in this case.

3. Under the circumstances, and not for purposes of delay, the Federal Defendant respectfully requests an additional four days in which to file an Answer in this case.

4. Cheryl Schrempp DuPris, attorney for the Federal Defendant, contacted James Dougherty, attorney for Interveners, and Mark Kaster, attorneys for Plaintiffs, who each indicated that they have no objection to a four day extension of time. She attempted, but was unable to speak with Terry Pechota, attorney for the Tribe.

Dated this 6th day of August, 2004

Respectfully submitted,

R. Anthony Rogers
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Div
General Litigation Division
P.O. Box 633
Washington, DC 20044-0633
(202) 305-0483
FAX: (202) 305-0506

JAMES E. MCMAHON
UNITED STATES ATTORNEY

/s/ Jan L. Holmgren, AUSA for

Cheryl Schrempp DuPris
Assistant United States Attorney
225 S. Pierre St., Suite 337
Pierre, SD 57501
(605) 224-5402
FAX: (605) 224-8305

**CERTIFICATE OF SERVICE**

On August 6, 2004, I caused to be faxed Federal Defendant's Motion For Extension of Time to Answer Complaint and Proposed Order to the following persons:

Charles M. Thompson
503 South Pierre St.
Box 160
Pierre, SD 57501
FAX: (605) 224-6289

Terry L. Pechota
1617 Sheridan Lake Road
Rapid City, SD 55702-3483
FAX: (605) 341-0716
Attorney for Rosebud Sioux Tribe

Mark Kaster
Skip Durocher
Dorsey & Whitney
50 S Sixth Street, St. 1500
Minneapolis, MN 55402
FAX: (612) 340-8800
Attorneys for Plaintiffs

James L. Dougherty, Esq.
709 3d St. SW
Washington, DC 20024
FAX: (202) 484-1789

Patrick Duffy
Box 2670
Rapid City, SD 57709
FAX: (605) 399-9512
Attorneys for Interveners

/s/ Jan L. Holmgren

Assistant United States Attorney