# EXHIBIT J

FILED
AUG 1 0 2004
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| SUN PRAIRIE, a partnership, and BELL FARMS, LLP, a Nebraska limited liability partnership<br><br>Plaintiffs,<br><br>v.<br><br>DAVID ANDERSON<br>Assistant Secretary – Indian Affairs,<br>U.S Department of the Interior,<br>in his official capacity; and<br>ROSEBUD SIOUX TRIBE,<br>a federally recognized Indian Tribe,<br><br>Defendants. | Civil File No.: CIV02-3030<br><br>ORDER GRANTING FEDERAL DEFENDANT'S MOTION FOR TENTH EXTENSION OF TIME TO ANSWER COMPLAINT |

Upon consideration of Federal defendant's motion for extension of time to answer complaint, the Court being fully advised of the grounds for said motion, there being no objection by any of the other parties to this suit, and in the interest of justice, it is hereby

ORDERED that the Federal defendants' motion for extension of time to answer be GRANTED, and further

ORDERED that the Federal defendant shall have until August 13, 2004, to file an Answer to the Complaint.

Dated this the 10th day of August, 2004.

Richard H. Battey
U.S. District Judge