**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ROSEBUD SIOUX TRIBE,** a federally recognized Indian Tribe**,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**No. 05-1023L**

**Judge James F. Merow**

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, Defendant hereby moves, unopposed, for a one week enlargement of time, until and including September 29, 2006, in which to file its Reply Memorandum in support of its Motion for Judgment on the Pleadings, filed pursuant to RCFC 12(c). In support of this Motion, Defendant states the following:

1. Plaintiff's response memorandum to Defendant's RCFC 12(c) motion raises several issues, which require Defendant to do additional research related to the underlying land lease at issue in this case and the relationship of this matter to other lawsuits involving the same lease. Thus, Defendant requires up to one additional week of time in which to complete preparation of its Reply Memorandum.

2. Counsel for Defendant has recently encountered several work-related scheduling conflicts that were not anticipated and which have significantly interfered with her ability to complete and file Defendant's Reply Memorandum in accordance with the current schedule.

3. On September 20, 2006, Ms. Blanco contacted counsel for Plaintiff, Mr. Mark F. Marshall, to obtain Plaintiff's position on Defendant's request for an extension of time up to and including September 29, 2006, in which to file Defendant's Reply Memorandum, and Mr.

Marshall stated that he did not oppose Defendant's request for a one week enlargement of time.

4. The instant request for an enlargement of time in which to file Defendant's Reply Memorandum is the first such request.

WHEREFORE, for good cause shown, the United States requests that its Unopposed Motion for an Enlargement of Time be granted and that the United States shall have up to and including September 29, 2006, in which to file its Reply Memorandum in support of its Motion for Judgment on the Pleadings, filed pursuant to RCFC 12(c).

Dated: September 21, 2006

Respectfully submitted,

s/Caroline M. Blanco

CAROLINE M. BLANCO
D.C. Bar No. 430118
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0248
Fax: (202) 305-0267
E-mail: caroline.blanco@usdoj.gov

John Turner
Assistant Chief
Indian Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
Telephone: (202) 514-9257
Fax: (202) 305-0271
E-mail: john.turner@usdoj.gov

OF COUNSEL:
Maria Wiseman
Attorney-Advisor
Branch of Trust Resources
Division of Indian Affairs
Office of the Solicitor, Mail Stop 6456
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
(202) 208-7227 Telephone
(202) 219-1791 Fax

Attorneys for Defendants