# In the United States Court of Federal Claims

No. 05-1023 L
(Filed September 22, 2006)

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, a federally recognized Indian Tribe, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |

## ORDER

On September 21, 2006, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant moves for an enlargement of time to and including September 29, 2006 in which to file its Reply Memorandum in support of its Motion for Judgment on the Pleadings.

Accordingly, it is **ORDERED** that defendant's motion, filed September 21, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge