IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROSEBUD SIOUX TRIBE,<br>a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1023 L<br><br>Judge James F. Merow<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME |

Pursuant to RCFC 6.1, Plaintiff, Rosebud Sioux Tribe, hereby moves unopposed for a two-week enlargement of time from February 9, 2007, until and including February 23, 2007, within which to comply with all requirements of this Court's opinion and order of January 5, 2007. In support of this motion, Plaintiff states the following:

1) Plaintiff's counsel provided a copy of the Court's Opinion and Order to the Rosebud Sioux Tribal Council promptly upon counsel's receipt of the opinion. However, in spite of numerous attempts to appear before the Rosebud Sioux Tribal Council, the undersigned was unable to meet or confer with the Tribal Council until February 7, 2007. At that time, the Tribal Council entertained a discussion with regard to this litigation and took under advisement suggestions as to how to proceed with the litigation. The undersigned believes that two weeks of time are necessary for the Tribal Council to complete its deliberations upon counsel's recommendations.

2) On February 6, 2007, counsel for Defendant contacted counsel for the Plaintiff to discuss the status of this matter. At that time, counsel for the Plaintiff indicated that a meeting was scheduled with the Rosebud Sioux Tribal Council for February 7, 2007, to discuss the status

of this case. Preliminary discussions for a request for an extension of time within which to comply with the Court's order took place at that time.

3) Next, on February 7, 2007, the undersigned contacted counsel for the Defendant, Ms. Caroline Blanco, to obtain Defendant's position on Plaintiff's request for an extension of time up to and including February 23, 2007, within which to file a response to this Court's order. Ms. Blanco stated that she did not oppose Plaintiff's request.

4) The instant request for an enlargement of time in which to comply with this Court's order is the first such request.

WHEREFORE, for good cause shown, the Plaintiff, Rosebud Sioux Tribe, requests that its Unopposed Motion for Enlargement of Time be granted and that the Plaintiff shall have up to and including February 23, 2007, in which to comply with this Court's order.

Dated at Sioux Falls, South Dakota, this 8th day of February, 2007.

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.

s/ *Mark F. Marshall*

Mark F. Marshall
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Plaintiff*