# In the United States Court of Federal Claims

No. 05-1023 L
(Filed February 9, 2007)

******************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
******************************

## ORDER

On February 8, 2007, Plaintiff's Unopposed Motion for Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including February 23, 2007, within which to comply with the Opinion and Order filed January 5, 2007.

Accordingly, it is **ORDERED** that plaintiff's motion, filed February 8, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge