**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROSEBUD SIOUX TRIBE,** a federally recognized Indian Tribe**,** **Plaintiff,** v. **THE UNITED STATES OF AMERICA,** **Defendant.** | **No. 05-1023L** **Judge James F. Merow** |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS</u>**

Defendant hereby moves, unopposed, for a stay of all proceedings in this matter, including the filing of the status report ordered in the Court's January 5, 2007, Opinion and Order on Defendant's Motion for Judgment on the Pleadings, for a period of ninety (90) days, until May 24, 2007. In support of this Motion, Defendant states as follows:

1. On February 22, 2007, Plaintiff filed its Rule 26(a)(1) Initial Disclosures;

2. On February 23, 2007, the counsel for both Parties telephonically conferred to discuss the status of this matter. During their discussion, it was agreed that the Parties desired to jointly explore settlement opportunities;

3. To facilitate settlement discussions, the Parties agreed that it would be beneficial to seek a stay of all proceedings in the litigation, for a period of ninety (90) days, until May 24, 2007, so that they would have sufficient time to explore settlement of this matter;

4. At the conclusion of the February 23, 2007, telephonic meeting, it was agreed that counsel for Defendant, Caroline M. Blanco, would prepare the instant Motion for a Stay of Proceedings, and that counsel for Plaintiff, Mark F. Marshall, consented to it.

5. The instant request for a stay of proceedings is the first such request.

WHEREFORE, for good cause shown, the United States requests that Defendant's Unopposed Motion for a Stay of Proceedings be granted and that all proceedings in this matter, including the filing of the status report ordered in the Court's January 5, 2007, Opinion and Order on Defendant's Motion for Judgment on the Pleadings, be stayed for a period of ninety (90) days, until May 24, 2007.

Dated: February 23, 2007

Respectfully submitted,

s/Caroline M. Blanco

CAROLINE M. BLANCO
D.C. Bar No. 430118
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0248
Fax: (202) 305-0267
E-mail: caroline.blanco@usdoj.gov

John Turner
Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
Telephone: (202) 514-9257
Fax: (202) 305-0271
E-mail: john.turner@usdoj.gov

OF COUNSEL:
Maria Wiseman
Attorney-Advisor
Branch of Trust Resources
Division of Indian Affairs
Office of the Solicitor, Mail Stop 6456
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
(202) 208-7227 Telephone
(202) 219-1791 Fax

Attorneys for Defendants