# In the United States Court of Federal Claims

No. 05-1023 L
(Filed February 23, 2007)

******************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
******************************

**ORDER**

On February 23, 2007, Defendant's Unopposed Motion for Stay of Proceedings was filed. Defendant moves for a stay of proceedings to and including May 24, 2007.

Accordingly, it is **ORDERED**:

(1) That defendant's motion, filed February 23, 2007, is **GRANTED**;

(2) All Proceedings shall be **STAYED** to and including May 24, 2007; and

(3) On or before May 25, 2007, parties shall file a status report(s) regarding the progress of the settlement discussions.

s/ James F. Merow
James F. Merow
Senior Judge