IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROSEBUD SIOUX TRIBE,<br>a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1023 L<br><br>Judge James F. Merow<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF FURTHER PROCEEDINGS |

Plaintiff hereby moves, unopposed, for a stay of all further proceedings in this matter, including the filing of the status report ordered in the Court's January 5, 2007, Opinion and Order on Defendant's Motion for Judgment on the pleadings, for an additional period of sixty (60) days until July 23, 2007. In support of this motion, Plaintiff states as follows:

1. On February 22, 2007, Plaintiff filed its Rule 26(a)(1) Initial Disclosures;

2. On February 23, 2007, counsel for both parties telephonically conferred to discuss the status of this matter. During their discussion it was agreed that the parties desire to jointly explore settlement opportunities.

3. To facilitate settlement discussions, the parties agreed that it would be beneficial to seek a stay of all proceedings in the litigation for a period of ninety (90) days, until May 24, 2007, so that they would have sufficient time to explore settlement of this matter.

4. At the conclusion of the February 23, 2007, telephonic meeting, it was agreed that counsel for Defendant, Caroline M. Blanco, would prepare a motion for stay of proceedings, and that counsel for Plaintiff, Mark F. Marshall, consented to it.

5. This Court reviewed the Defendant's Motion for Stay of Proceedings and granted said motion.

6. The parties have in good faith, entered into settlement negotiations. However, given the complexities of this matter, including the sovereign nature of Plaintiff, it appears that additional time is necessary so that settlement of the case may be fully explored. Thus far, Plaintiff provided Defendant with an offer, and Defendant responded with a recommendation for a counter-offer.

7. The instant request for a stay of proceedings is the second such request.

WHEREFORE, for good cause shown, the Plaintiff requests that Rosebud Sioux Tribe's Unopposed Motion for Stay of Further Proceedings be granted and that all proceedings in this matter, including the filing of the status report ordered in the Court's January 5, 2007, Opinion and Order on Defendant's Motion for Judgment on the Pleadings, be stayed for an additional period of sixty (60) days, until July 23, 2007.

Dated at Sioux Falls, South Dakota, this 23rd day of May, 2007.

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.

s/ *Mark F. Marshall*

Mark F. Marshall
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Plaintiff*