# In the United States Court of Federal Claims

No. 05-1023 L
(Filed May 23, 2007)

******************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*******************************

**ORDER**

On May 23, 2007, Plaintiff's Unopposed Motion for Stay of Further Proceedings was filed. Plaintiff moves for a stay of all further proceedings in this matter, including the filing of the status report ordered in the January 5, 2007 Opinion and Order on Defendant's Motion for Judgment on the pleadings, for an additional period of sixty days until July 23, 2007.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed May 23, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge