**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,** a federally recognized Indian Tribe**,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-1023L** |
| | ) | **Judge James F. Merow** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S SECOND UNOPPOSED MOTION FOR STAY OF PROCEEDINGS</u>**

Defendant hereby moves, unopposed, for an additional stay of all proceedings in this matter, including the filing of the status report ordered in the Court's January 5, 2007, Opinion and Order on Defendant's Motion for Judgment on the Pleadings, for a period of sixty (60) days, until September 21, 2007. In support of this Motion, Defendant states as follows:

1. Since February 23, 2007, the Parties have engaged in settlement discussions;

2. To facilitate settlement discussions, the Parties have each sought a stay of all proceedings in this litigation, both of which were granted by this Court;

3. The current stay of this litigation expires on July 23, 2007, however the Parties believe that additional time is needed to conclude their productive settlement discussions;

4. Two rounds of recommended settlement offers have been exchanged since the Parties' negotiations began, and the Plaintiff is now considering a recommended offer of settlement provided by Defendant;

5. To permit the conclusion of their settlement negotiations, and to provide for the completion of settlement of this matter if the Parties are ultimately successful in settling this case, the Parties agree that an extension of the stay of all proceedings in this litigation for a

period of sixty (60) days, until September 21, 2007, is warranted; and

6. Counsel for Defendant, Caroline M. Blanco, consulted with counsel for Plaintiff, Mark F. Marshall, concerning the instant Motion for a Stay of Proceedings, and Mr. Marshall consented to it.

WHEREFORE, for good cause shown, the United States requests that Defendant's Unopposed Motion for a Stay of Proceedings be granted and that all proceedings in this matter, including the filing of the status report ordered in the Court's January 5, 2007, Opinion and Order on Defendant's Motion for Judgment on the Pleadings, be stayed for a period of sixty (60) days, until September 21, 2007.

Dated: July 23, 2007

Respectfully submitted,

s/Caroline M. Blanco

CAROLINE M. BLANCO
D.C. Bar No. 430118
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0248
Fax: (202) 305-0267
E-mail: caroline.blanco@usdoj.gov

John Turner
Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
Telephone: (202) 514-9257
Fax: (202) 305-0271
E-mail: john.turner@usdoj.gov

OF COUNSEL:
Maria Wiseman
Attorney-Advisor
Branch of Trust Resources
Division of Indian Affairs
Office of the Solicitor, Mail Stop 6456
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
(202) 208-7227 Telephone
(202) 219-1791 Fax

Attorneys for Defendants