# In the United States Court of Federal Claims

No. 05-1023 L
(Filed July 23, 2007)

******************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
******************************

## ORDER

On July 23, 2007, Defendant's Second Unopposed Motion for Stay of Proceedings was filed. Defendant moves for an additional stay of all proceedings in this matter, including the filing of the status report ordered in the January 5, 2007 Opinion and Order on Defendant's Motion for Judgment on the Pleadings, for a period of sixty days until September 21, 2007.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed July 23, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge