IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,** a federally recognized Indian Tribe, | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-1023L** |
| **THE UNITED STATES OF AMERICA,** | ) | **Judge James F. Merow** |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

The undersigned attorney, Daniel G. Steele, has been assigned as the attorney of record for the defendant, in substitution of Caroline M. Blanco, the prior attorney of record for the Defendant.

Please enter the appearance of Daniel G. Steele as attorney of record for the United States in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0484 (phone)
(202) 305-0506 (fax)

Overnight and hand deliveries should be addressed to:

Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
601 D St., N.W.
Room 3122
Washington, D.C. 20004

Dated this 23rd day of September, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

/s/ *Daniel G. Steele*

Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources
Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Daniel.steele@usdoj.gov
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney of Record for Defendant

OF COUNSEL:
Maria Wiseman
Attorney-Advisor
Branch of Trust Resources
Division of Indian Affairs
Office of the Solicitor, Mail Stop 6456
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
(202) 208-7227 Telephone
(202) 219-1791 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2007, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on the following counsel by Electronic Case Filing:

Mark F. Marshall
206 W. 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030

*/s/Daniel G.* Steele
Daniel G. Steele