IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROSEBUD SIOUX TRIBE,<br>a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1023 L<br><br>Judge James F. Merow<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF FURTHER PROCEEDINGS |

Plaintiff hereby moves, unopposed, for a stay of all further proceedings in this matter, including the filing of the status report ordered in the Court's January 5, 2007, Opinion and Order on Defendant's Motion for Judgment on the pleadings, until November 15, 2007. In support of this motion, Plaintiff states as follows:

1. Over the course of the past 8 months the parties have been engaged in settlement negotiations.
2. As a result of those negotiations a tentative agreement was reached.
3. On September 19, 2007 the tentative agreement was presented to the Rosebud Sioux Tribal Council for consideration.
4. On September 19, 2007, the Rosebud Sioux Tribal Council passed a motion or resolution approving the settlement proposal which is being forwarded to Plaintiff's undersigned counsel.
5. The United States has agreed in principle with the proposed agreement and awaits receipt of the tribal motion or resolution to seek the requisite review of the proposal.

6. The parties believe that the United States can review and act upon the proposal between the date of this motion and November 15, 2007.

7. Counsel for the United States, Daniel G. Steele has reviewed Plaintiff's motion and does not oppose it.

8. The instant request for a stay of proceedings is the fourth such request.

WHEREFORE, for good cause shown, the Plaintiff requests that Rosebud Sioux Tribe's Unopposed Motion for Stay of Further Proceedings be granted and that all proceedings in this matter, including the filing of the status report ordered in the Court's January 5, 2007, Opinion and Order on Defendant's Motion for Judgment on the Pleadings, be stayed until November 15, 2007.

Dated at Sioux Falls, South Dakota, this 24th day of September, 2007.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

s/ *Mark F. Marshall*

Mark F. Marshall
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Plaintiff*