# In the United States Court of Federal Claims

No. 05-1023 L
(Filed September 24, 2007 )

******************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*******************************

## ORDER

On September 24, 2007, Plaintiff's Unopposed Motion for Stay of Further Proceedings was filed. Plaintiff requests a stay of all further proceedings in this matter, including the filing of the status report ordered in the Opinion filed January 5, 2007, until November 15, 2007.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion is **GRANTED**
.

s/ James F. Merow
James F. Merow

Senior Judge