IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROSEBUD SIOUX TRIBE,<br>a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1023 L<br><br>Judge James F. Merow<br><br>MOTION FOR ENTRY OF JUDGMENT |

The parties through their respective counsel of record jointly move the court to dismiss the above captioned case with prejudice and without costs or attorneys' fees being assessed against either party, pursuant to the terms of the settlement agreement attached hereto.

Dated this 15th day of November, 2007.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.
*s/ Mark F. Marshall by Daniel Steele pursuant to written authorization on November 9, 2007*
Mark F. Marshall
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Plaintiff*
E-mail: mmarshall@dehs.com

*s/ Daniel G. Steele*
Daniel G. Steele
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0248

Fax: (202) 305-0267
E-mail: Daniel.Steele@usdoj.gov

John Turner
Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
Telephone: (202) 514-9257
Fax: (202) 305-0271
E-mail: john.turner@usdoj.gov