# In the United States Court of Federal Claims

No. 05-1023 L
(Filed December 4, 2007 )

*****************************
ROSEBUD SIOUX TRIBE, *
a federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
******************************

**ORDER**

As of November 15, 2007, the parties in this litigation executed a Settlement Agreement which, among its terms, provides for payment of $50,000 by the United States to plaintiff subject to the terms agreed to by the parties as provided in the Settlement Agreement. Prior to payment of the $50,000, the Settlement Agreement provides for the entry of a judgment by this court dismissing the captioned case, with prejudice, and without costs or attorneys' fees being assessed against either party.

Accordingly, the Settlement Agreement, filed *nunc pro tunc*, on November 15, 2007, is **APPROVED** and, in full accord with its terms, it is **ORDERED** that final judgment now be entered **DISMISSING** the above captioned case with prejudice without costs or attorneys' fees being assessed against either party.

s/ James F. Merow
James F. Merow
Senior Judge