# In the United States Court of Federal Claims

**No. 05-1023 L**

**ROSEBUD SIOUX TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed December 4, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, without costs or attorneys' fees assessed against either party.

Brian Bishop
Clerk of Court

**December 5, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.